FILED 2022 APR 28 AM 11:50 CLERK U.S. DISTRICT COURT

FILED
2022 APR 28 AM 11:50
CLERK
U.S. DISTRICT COURT

Paul Drockton
*Name*

604 North, 1280 East
*Address*

Spanish Fork, UT 84660
*City, State, Zip*

1-801-857-5529
*Phone*

pdrockton@aol.com
*Email*

I am the **Plaintiff**

## IN THE UNITED STATES DISTRICT COURT OF UTAH

| | |
|---|---|
| Paul Drockton<br>Plaintiff<br><br>v.<br><br>State of Utah, Utah 4th District Courts, Utah Court of Appeals, Rain International LLC, Byron Belka, Travis Parry<br>Defendants | **MOTION OF PAUL DROCKTON FOR TEMPORARY RESTRAINING ORDER**<br><br>2:22-cv-00287<br><br>Federal District Court Case Number<br><br>**Jared C Bennett**<br>Judge<br><br>**Hearing Requested? No.** |

**Now Comes the Plaintiff, who, under** Rule 65(b) of the Federal Rules of Civil Procedure, and respectfully moves the Court for the entry of a Temporary Restraining Order prohibiting the defendants, and all persons acting on their behalf, from Pursuing any Litigation, Court Orders, Injunctions, Orders and Collections against the Plaintiff or Businesses he is involved in. This includes any and all scheduled hearings involving the Plaintiff and the above named Defendants.

Pending consideration by the Court of the Plaintiff's Motion for Preliminary Injunction. The grounds for this motion are that:

1. Plaintiff has filed a complaint against the Defendants for violating his 1st Amendment Rights, Retaliation, Harassment, Unlawful Writ of Attachment, Depriving him of his Rights to Due Process, Depriving him of his Rights to Appeal, Depriving him of his Rights to Mediation and Depriving him of his Rights to a Jury Trial.

2. Plaintiff has already suffered Irreparable harm from the Defendants' Collective Actions including decline of health, financial loss, loss of reputation and other damages. This order will prevent him from suffering additional irreparable harm until the Court issues a Preliminary Injunction.

3. Plaintiff is now being harassed and retaliated against for using his 1st Amendment Rights through a Restraining Order against his publication of ANY news articles. The evidence used to obtain the Order has now been proven false to the 4th District Court, yet the Court refuses to lift the Order.

4. Plaintiff is also being harassed and retaliated against through a Vexatious Stalking Order also gained through the same false statements as the Restraining Order. Plaintiff is a virtual prisoner in his own home for fear that Defendant will magically appear if he ventures out in public. A different 4th District Judge has ignored his filings for a hearing and immediate relief.

5. It will become clear from the Preliminary Injunction filed after this TRO is issued, that all of the Plaintiff's claims and fear of Irreparable Harm are justified with documentation.

6. Due to his past experience with the Defendants, Plaintiff wants all communication with them to be in writing. He will notify all parties of this action by email to their respective attorneys of record. Unless the Court Orders Otherwise. Plaintiff will forward their response to the Court.

**I swear that the above is true to the Best of My Knowledge.**

Date: 4-28-22

Signature ▶

Printed Name   Paul A Drockton

Notary:
4/28/22

AIDAN TRIBETT
Notary Public - State of Utah
Comm. No. 721893
My Commission Expires on
Dec 8, 2025

# Certificate of Service

I certify that I filed with the court and am serving a copy of this Notice of Appeal on the following people.

| Person's Name | Service Method | Service Address | Service Date |
|---|---|---|---|
| Jeremy Stewart representing Byron Belka, Travis Parry, and Rain International LLC | [ ] Mail<br>[ ] Hand Delivery<br>[ ] E-filed<br>[x] Email<br>[ ] Left at business (With person in charge or in receptacle for deliveries.)<br>[ ] Left at home (With person of suitable age and discretion residing there.) | jjstewart@swlaw.com | 4-28-22 |
| Utah Attorney General Representing the Utah Court of Appeals, Utah 4th District Court and the State of Utah | [ ] Mail<br>[ ] Hand Delivery<br>[ ] E-filed<br>[x] Email<br>[ ] Left at business (With person in charge or in receptacle for deliveries.)<br>[ ] Left at home (With person of suitable age and discretion residing there.) | uag@agutah.gov | 4-28-22 |
|  | [ ] Mail<br>[ ] Hand Delivery<br>[ ] E-filed<br>[ ] Email<br>[ ] Left at business (With person in charge or in receptacle for deliveries.)<br>[ ] Left at home (With person of suitable age and discretion residing there.) |  |  |

4-28-22
Date

Signature ▶ *Paul Drockton*

Printed Name  Paul Drockton