| Paul Drockton |
|---|
| Name |
| 604 North, 1280 East |
| Address |
| Spanish Fork, UT 84660 |
| City, State, Zip |
| 1-801-857-5529 |
| Phone |
| pdrockton@aol.com |
| Email |

I am the **Plaintiff**

### IN THE UNITED STATES DISTRICT COURT OF UTAH

| | |
|---|---|
| Paul Drockton<br>Plaintiff<br><br>v.<br><br>State of Utah, Utah 4th District Courts, Utah Court of Appeals, Rain International LLC, Byron Belka, Travis Parry<br>Defendants | **MOTION OF PAUL DROCKTON FOR Dismissal of Utah 4th District Case #220400349 Complaint and Temporary Restraining Order for Violating 42 USC, Retaliation, Harassment and Conspiracy.**<br><br>2:22−cv−00287<br><br>Federal **District Court Case Number**<br><br>**Judge David Barlow**<br>Judge<br><br>**Hearing Requested?    Only if Necessary** |

**Now comes the Plaintiff with a Motion to dismiss Utah 4th District Court's Case #220400349 for Violating Plaintiff's Rights under 42 USC, Retaliation against a Journalist, Harassment of a Journalist and Reporter and Conspiracy to Permanently Censor a Journalist through a Conspiracy between the Court and the Defendants.**

**History: In March and April of 2022, Plaintiff, acting in his capacity as a Professional Journalist, Reporter and Publisher wrote and/or**

published the articles on mlmfiles.com and utahnewstoday.com. The purpose clearly being stated at the top of both websites. "a Legal Attempt to Influence the Utah State Legislature and Executive to Reform and Regulate the Utah MLM Industry and Its Manufacturers through public awareness and Utah Voter Activism."

On MLMfiles you will see articles on various MLM companies explaining their product price comparison and compensation plans. Also, you will see articles on the "Utah Filegate Scandal" which documented how Plaintiff's Civil rights were violated by the Utah 4th District Court for exposing product and label fraud through a certified Assay from Summit Labs.

On UtahNewsToday.com you will find articles that expose a major manufacturer of MLM products for excessive lead Fines and Penalties, Alleged and documented Patent Fraud and other issues.

Rain International Retaliated by Filing a Complaint against the Plaintiff for Defamation and secured a Temporary Restraining Order as a result of the articles on mlmfiles.com and utahnewstoday.com

Defamation being defined as False Information.

**Causes of Action Listed with Federal Law that was Violated:**

1. Byron Belka signed a Verified Complaint against Mr. Drockton stating, under threat of criminal penalty that it was true.

**EXHIBIT 1: Signed Verification of Complaint in Utah 4th District Case 220400349.**

## VERIFICATION

I am an employee of Rain International, LLC, the Plaintiff in this action, and I am authorized to make this verification for and on its behalf. I have read the foregoing **VERIFIED COMPLAINT**, and I declare under criminal penalty under the law of Utah that that to the best of my knowledge, information, and belief, the allegations contained in the foregoing **VERIFIED COMPLAINT** are true and correct.

Executed on the 8th of March, 2022.

RAIN INTERNATIONAL, LLC

By: [signature]

Its: CEO

**Mr. Drockton proved, with documents and evidence (See Utah 4th District #220400349 Court Dockets: 24, 25, 33, 36, 38, 39, 43-51, 53) that Byron Belka perjured himself in his sworn Verified Complaint multiple times. Yet the Court so far, has refused to dismiss the Restraining Order and the Complaint.**

**(Violating 42 USC: 1981 Equal Rights Under the Law, 1982 Property Rights of Citizens, 1985 Conspiracy to Interfere with Civil Rights, 1986 Action for Neglect to Prevent and 2000h–2 Denial of Equal Protection on Account of Religion)**

2. **Belka perjured himself and violated Utah's False Written Statement Act when he stated in his Verified Complaint that Rain had never been fined for having excessive lead in their products. This was proven false when Mr. Drockton submitted a Signed Consent Decree where Rain Paid $215,000 for Violating California Prop. 65. (Utah 4th District Case**

#220400349 See Docket 59). Court still refused to dismiss the Complaint and Restraining Order.

**(Above Violated 42 USC: 1981 Equal Rights Under the Law, 1982 Property Rights of Citizens, 1985 Conspiracy to Interfere with Civil Rights, 1986 Action for Neglect to Prevent and 2000h–2 Denial of Equal Protection on Account of Religion)**

**EXHIBIT 2: Lead Fines Consent Decree Page 1**



## Exhibit 2a: Signature Page of the Rain Consent Judgement for Excess Lead in Rain Soul.



Hazard Assessment ("OEHHA") for deposit in the Safe Drinking Water and Toxic Enforcement Fund in accordance with California Health and Safety Code §25249.12(c). ERC will retain the remaining 25% ($27,250.00) of the civil penalty.

Clearly, Rain paid a fine of $109,000 to the California Health and Safety Code. This contradicts the sworn and perjured testimony of Rain's Chief Legal Council and the sworn affidavit filed in the complaint.

been made by any Party. No other agreements, oral or otherwise, unless specifically referred to herein, shall be deemed to exist or to bind any Party.

16.2 Each signatory to this Consent Judgment certifies that he or she is fully authorized by the Party he or she represents to stipulate to this Consent Judgment. Except as explicitly provided herein, each Party shall bear its own fees and costs.

17. REQUEST FOR FINDINGS, APPROVAL OF SETTLEMENT AND ENTRY OF CONSENT JUDGMENT

This Consent Judgment has come before the Court upon the request of the Parties. The Parties request the Court to fully review this Consent Judgment and, being fully informed regarding the matters which are the subject of this action, to:

(1) Find that the terms and provisions of this Consent Judgment represent a fair and equitable settlement of all matters raised by the allegations of the Complaint, that the matter has been diligently prosecuted, and that the public interest is served by such settlement; and

(2) Make the findings pursuant to California Health and Safety Code section 25249.7(f)(4), approve the Settlement, and approve this Consent Judgment.

IT IS SO STIPULATED:

Dated: 5/22/, 2016  ENVIRONMENTAL RESEARCH CENTER, INC
By: Chris Hepting, Executive Director

Dated: 5/30, 2016  RAIN INTERNATIONAL, LLC
By: Jared Frei
Its: General Counsel

STIPULATED CONSENT JUDGMENT  CASE NO.

3. **Belka Suborned perjury when he had the Rain Company Attorney testify that Rain had never been fined for having Lead in their product at the hearings (3-25 and 4-7-2022 . Again Judge refused to dismiss the complaint and restraining Order.**

   **(Above Violated 42 USC: 1981 Equal Rights Under the Law, 1982 Property Rights of Citizens, 1985 Conspiracy to Interfere with Civil Rights, 1986 Action for Neglect to Prevent and 2000h–2 Denial of Equal Protection on Account of Religion)**

4. **Belka perjured himself in his written verified statement and suborned perjury through his Company Attorney when they both stated that the Summit Labs Assay was false (at the 3-25-22 and the 4-7-22 hearing). Yet, neither party would produce a counter Assay (Lab Test) with the same Lot Number as the Summit Labs Assay. They tried to enter a fictitious document on the order of the Summit Labs Assay, but it was rejected under the Utah Rules of Evidence. (See Docket 58). Again, in-spite of Rain's Failure to prove Defamation through a legitimate Lab Test, the Judge would not dismiss the Case or the Restraining Order.**

   **(Above Violated 42 USC: 1981 Equal Rights Under the Law, 1982 Property Rights of Citizens, 1985 Conspiracy to Interfere with Civil Rights, 1986 Action for Neglect to Prevent and 2000h–2 Denial of Equal Protection on Account of Religion)**

   **Exhibit 3: Rain Soul Assay performed by Summit Labs LLC and Paid for by Arrego Life LLC of Texas.**



**PO Box 565**
**Spanish Fork, UT 84660**
**(801) 210-2084**

Report Number: 18 05816
Approved Date: 4/3/2018

**Sample Details**

Item #: AL001
Description: Soul
Lot #: 173341105US
Received: 3/29/2018 1:46 PM

**Customer Information**

Arego Life
28 Santa Monica Circle
Wylie, TX 75098

## Certificate of Analysis

| Test | Method | MDL | Specifications | Result | Units |
|---|---|---|---|---|---|
| **Chemistry** | | | | | |
| Resveratrol | SNL.HPLC.317 | 0.106 | | 0.138 | mg/g |
| Thymoquinone | SNL.HPLC.336 | 0.041 | | <0.041 | mg/g |
| **Fatty Acids** | | | | | |
| Total Fat | AOAC 996.06 | | | 1.26 | g/100g |
| Total Unsaturated Fat | AOAC 996.06 | | | 0.68 | g/100g |
| Omega 9 (Oleic Acid) | AOAC 996.06 | | | 0.18 | g/100g |
| Monounsaturated Fat | AOAC 996.06 | | | 0.18 | g/100g |
| Polyunsaturated Fat | AOAC 996.06 | | | 0.49 | g/100g |
| Omega 3 (Linolenic Acid) | AOAC 996.06 | | | 0.09 | g/100g |
| Omega 6 (Linoleic Acid) | AOAC 996.06 | | | 0.40 | g/100g |
| Saturated Fat | AOAC 996.06 | | | 0.58 | g/100g |
| Trans Fat | AOAC 996.06 | | | 0.00 | g/100g |

Report Approved by: *Joel L. Nelson*
Joel L. Nelson
Laboratory Manager

\* = Please review Client Specifications
Report Numbers that have been revised or amended will include a revision number.

## 5. Belka Perjured himself when he stated that Neither Rain nor its Manufacturer had lost the use rights of the Proprietary

**Blend Patent on their product Rain Soul. He suborned perjury when his company attorney made the same false claim while under oath at the 3-25-22 and the 4-7-22 hearing. Mr. Drockton proved the claim was true with Newspaper Articles published by the Minneapolis Newspaper. (See Docket 78) Again, even with the evidence in front of him, the Judge refused to dismiss the TRO and the Verified (False) Complaint.**

**(Above Violated 42 USC: 1981 Equal Rights Under the Law, 1982 Property Rights of Citizens, 1985 Conspiracy to Interfere with Civil Rights, 1986 Action for Neglect to Prevent and 2000h–2 Denial of Equal Protection on Account of Religion)**

**Exhibit 4: Rain Loses Patent Use Rights due to Circumvention**

To quote from the Twin Cities Pioneer Press (The Major Newspaper for the Twin Cities) https://www.twincities.com/2010/08/27/university-of-minnesota-professor-central-in-trade-secret-lawsuit/

"When a Utah-based maker of health supplements couldn't get a hold of the research it wanted for new products, it went straight to the source.

That source is Arnold Leonard, a world-renowned physician and an expert in genetic engineering for cancer research who made his name at the University of Minnesota.

But there's a complication with the deal between Rain Nutrition, the Utah company, and Leonard. Another company, Botanic Oil Innovations Inc. of Spooner, Wis., claims the research is its intellectual property and is suing in federal court for more than $10 million in damages.

And the dispute playing out in federal court isn't made simpler by the fact that Leonard, 79, has been a part of Botanic's management team since 2003. He was instrumental in developing the formulas for Botanic's antioxidant supplements.

At a Friday hearing, an attorney for Rain Nutrition asked for the case to be dismissed. One key reason: Botanic's lawsuit doesn't name Leonard as a defendant, and Rain Nutrition can't fully defend itself without Leonard doing the same thing.

"Botanic will be free to attack Rain (Nutrition) … through a key actor (Leonard) who will not be present," Rain Nutrition argued in its motion to dismiss.

Christopher Sandberg, the attorney for Rain Nutrition, argued Friday that Leonard was left out of the lawsuit because he's vital to Botanic's business model.

**Exhibit 4a. Rain then lost the Patent Use Right again to Axxa Global, a company founded by Former Rain Executives and Distributors.**



6. **Belka Perjured himself when he claimed that no Rain executive had ever been prosecuted for running a Ponzi Scheme by the FTC. He suborned perjury with the same claim made by his company attorney at the 3-25-22 and the 4-7-22 hearing. Mr. Drockton proved that former Rain Executive, Jay Noland, had indeed been prosecuted by the FTC for running a Ponzi Scheme after he left Rain International. In fact, it was very similar to the scheme run with Belka while Noland was Rain's Executive Sales Director. Rain's scheme, which**

**violated every FTC guideline in Ponzi/Pyramid Schemes was called the "Rain Founders Program". It included Product Loading, Focus on Recruiting over Product Sales and incredible promises of unreachable income. All three violated FTC Guidelines. Additionally, Rain's Founders Program also promised a guaranteed Retirement Component as well as Profit Sharing (Investor Fraud under SEC guidelines). Mr. Drockton proved his claims were true to the Court both at the 3-25-22 and the 4-7-22 hearings, as well as in his Pleadings (See Docket 107)**

**(Above Violated 42 USC: 1981 Equal Rights Under the Law, 1982 Property Rights of Citizens, 1985 Conspiracy to Interfere with Civil Rights, 1986 Action for Neglect to Prevent and 2000h–2 Denial of Equal Protection on Account of Religion)**

**Exhibit 5a- FTC Press Release on Prosecution of Jay Noland**

The Federal Trade Commission has added new charges and defendants to its ongoing case against the operators of multiple alleged pyramid schemes.

In a case first filed in January, the FTC alleged that Success By Health and its executives James "Jay" Dwight Noland, Jr., Lina Noland, Scott A. Harris, and Thomas G. Sacca were operating an "instant coffee" pyramid scheme that used false promises of wealth and income to entice thousands of consumers to join.

The amended complaint alleges that the defendants were operating an additional pyramid scheme known as VOZ Travel. According to the amended complaint, the defendants sold consumers VOZ Travel "memberships" for at least $1,000 each. In exchange, they allegedly promised consumers access to a discount travel booking platform and the ability to earn rewards for recruiting other consumers to buy memberships. The complaint alleges that the defendants told consumers that some VOZ Travel members would be "making $1.53 [million] per year."

In fact, the amended complaint alleges, the VOZ Travel booking platform was never launched and had no imminent launch date as of the time the FTC filed its case.

In addition to the VOZ Travel charges, the complaint adds two additional corporate defendants: Nevada-based Enhanced Capital Funding and Uruguay-based corporation Rinpark SA.

The Commission vote authorizing the staff to file the amended complaint was 3-0-2, with Commissioners Rebecca Kelly Slaughter and Christine S. Wilson recorded as not participating. The amended complaint was filed in the U.S. District Court for the District of Arizona.

## Exhibit 5b- Rain, Belka and Jay Noland's Ponzi/Pyramid Scheme

From: Russ Cowley <russ@rainintl.com>
Subject: Rain Major Announcement!
Date: Thu, May 26, 2016 9:09 am

Rain Leaders!

Spread the word to your groups! The power is in you hands for your teams to get some incredible info today!

Join Rain CEO Byron Belka and Rain CSO Jay Noland for a Major North America Announcement on May 26, 2016 (thur) at 12PM MST!

Rain North America GET READY!

Call Details:

Date: May 26, 2016 (Thur)

Time: 12PM MST (Utah Time)

Ph.#: 1-425-440-5100 Pin 228545#

Listen Online at: http://iTeleseminar.com/85236132

If you are in North America be sure to quickly spread this message to all of your team!

*REMEMBER, RAIN TALK CALLS MON, WED, FRI @ NOON (MDT)
425.440.5100 | ACCESS CODE: 228545# FOR UPDATES AND TRAINING!

**RUSSELL COWLEY**
Director of North America | Rain International | W 801.724.6606
rainintl.com | lifeconcentrated.com | training.rainintl.com

## Exhibit 5c- Rain Founders Kit

From: Russ Cowley <russ@rainintl.com>
Subject: RAIN US and CANADIAN Founders!
Date: Wed, Feb 24, 2016 12:47 pm

Rain North America Founders!

Are you ready to leverage your Founders status? My team and I want to hear from you if you're ready to run with us! That is to say, are YOU ready to OWN your business?!?

This year is primed to be huge for those who work lock step with Rain Intl to share the power of Seeds. As Byron Belka has stated, those whom are fully engage, those whom are relentless, those that see this for what it will become...will reach their goals! I want my team to focus their efforts on you!

So, I want you to respond to me if you are that person AND if you have registered for the World Seed Summit AND if you have 5 personally sponsored team members also registered for the Summit.

The first 50 to email me that you have this criteria, I'll verify and award you with 10 FREE sample credits.

Let's GO make it RAIN!

PS...You are getting these special email as you are dedicated founders...there are still pack available. Let's your team be part of this too by having them become Rain Founders!

**RUSSELL COWLEY**
Director of North America | Rain International | W 801.724.6606
rainintl.com | lifeconcentrated.com | training.rainintl.com

# Exhibit 5d- Get Rich Income Claims

**Beth Whitaker** (bbwhitaker@gmail.com)　　　　　　　　　　　　　　　　　　　　　　Mon, Apr 11, 2016 9:38
To: you (Bcc)　Details

Hi All!

That's right!  Rain International announces the number one seed in the world the coffee bean!

They're calling it......FUSED!!!

Join this webinar Tuesday, April 12th at 8:00pm MST with Byron P Belka and Jay Noland as they talk about the new and improved FORM and the FUSED product line.

Register now with the link below.

https://attendee.gotowebinar.com/regist.../2400928049125776898

Just in case you didn't know this, Jay Noland was one of the founders of a huge coffee focused MLM company.  He personally trained one of its distributors who is making over $1Million/month.  This will take Rain to a whole new level!

Plus!  Jay's Millionaire Workshop is Friday and Saturday, May 20 and 21 at the Marriott University Park in Salt Lake City.  $69.00 Single and $99.00 Couple.  There is limited seating so register as soon as possible because it's filling up FAST!

There's never been a better time to get engaged and share our products with the world!!

All the best!

BETH WHITAKER

Founding Rain Partner  |  Rain International  |  C: 801-362-1094
myrainlife.com/beth   |   rainintl.com   |   training.rainintl.com



To view this email as a web page, go here.

**rain**

**MILLIONAIRE WORKSHOP**

Hey Rain Nation,

Our Millionaire Workshop is coming up soon! This is another great opportunity to help not only prep you for the World Seed Summit but grow your business bigger and faster than ever. The workshop will be hosted by none other than Jay Noland, our Chief of Sales and Master Trainer. If you've attended a training with Jay, you know how great this event is going to be. If you haven't, we want you to be able to experience the same expert teaching, training, and motivation that only Jay can provide. So sign up quickly; tickets will go fast and our space is limited!

Here are some of the details:

Date/Time:
5/20/16, 9am-6pm
5/21/16, 9am-6pm

7. **In fact, neither Belka nor Rain had ANY evidence to prove any of their Defamation Claims. The Court should have dismissed their Complaint and the Temporary Restraining Order after the 3-25-22 and the 4-7-22 . In spite of Mr.Drockton's request for Summary Judgment (which was ignored), and his multiple motions for Summary Judgment on the Pleadings, the Court still refuses to dismiss the now proven false Complaint and TRO gained through Fraud.**

   **(Above Violated 42 USC: 1981 Equal Rights Under the Law, 1982 Property Rights of Citizens, 1985 Conspiracy to Interfere with Civil Rights, 1986 Action for Neglect to Prevent and 2000h–2 Denial of Equal Protection on Account of Religion)**

8. **Mr. Drockton also filed various motions on the pleadings under the Utah "Citizen Participation in Government Act" (URC 78B-6-1401) (See Docket 25-30). Under the Act, the following procedures are mandatory:**

   78B-6-1404 Procedures. (1) On the filing of a motion for judgment on the pleadings: (a) all discovery shall be stayed pending resolution of the motion unless the court orders otherwise; (b) the trial court shall hear and determine the motion as expeditiously as possible with the moving party providing by clear and convincing evidence that the primary reason for the filing of the complaint was to interfere with the first amendment right of the defendant; and Utah Code Page 2 (c) the moving party shall have a right to seek interlocutory appeal from a trial court order denying the motion or from a trial court failure to rule on the motion in expedited fashion. (2) The court shall grant the motion and dismiss the action upon a finding that the primary purpose of the action is to prevent, interfere with, or chill the moving party's proper participation in the process of government. (3) Any government body to which the moving party's acts were directed or the attorney general may intervene to defend or otherwise support the moving party.

   **As of 4-30-22, no hearing has addressed the Utah Anti-Slapp Violations. They were filed on March 18, 2022. There have been multiple hearings, but none on these filings. Instead, the hearings have provided multiple opportunities for Rain et al to find their case. Which they have failed at miserably.**

**(Above Violated 42 USC: 1981 Equal Rights Under the Law, 1982 Property Rights of Citizens, 1985 Conspiracy to Interfere with Civil Rights, 1986 Action for Neglect to Prevent and 2000h–2 Denial of Equal Protection on Account of Religion)**


9. **On 3-28-22 Mr. Drockton served Rain its Notice of Counterclaim (the Court filed it on 3-29-22 as docket 53). Under Rule 7, Rain had 21 days to file a response. They missed their deadline (4-18-22 based on proof of service email). In violation of Rule 7, which states you cannot respond to a Claim with a Motion, Rain filed a Motion to Dismiss Mr. Drockton's Counterclaim on 4-19-22 (One day after the mandatory deadline) – See Utah RCP Rule 12.**

   **On 4-20-22 (Docket 144) Mr. Drockton filed for a Default Judgement, which he was entitled to under Rule 12 and Rule 7 which states: "**A party may not make a motion in a memorandum opposing a motion or in a reply memorandum**.** "A party who objects to evidence in another party's motion or memorandum may not move to strike that evidence. Instead, the party must include in the subsequent memorandum an objection to the evidence."

   **In spite of the fact that Rain had missed its deadline, and had filed a Motion to Strike instead of a Memorandum in Response to Mr. Drockton's Counterclaim, the Judge denied Mr. Drockton his requested Default Judgement. Instead, he ordered a hearing for May 2.**

   **Rain's Attorney also argued that privileged discussions that were clearly identified as "Settlement Discussions" were the reason for their delay. Under Utah Rules of Evidence these are not admissible into evidence. Mr. Drockton pointed this out in his response to Rain's Motion to Strike his Counterclaim. (See Docket 143)**

   **(Above Violated 42 USC: 1981 Equal Rights Under the Law, 1982 Property Rights of Citizens, 1985 Conspiracy to Interfere with**

Civil Rights, 1986 Action for Neglect to Prevent and 2000h–2 Denial of Equal Protection on Account of Religion)

10. In Docket 158, Mr. Drockton requested the Court to dismiss Rain's Complaint and Restraining Order for failure to file their Initial Discovery before the mandatory deadline. Interestingly enough, this docket is now corrupted and can't be opened in the Court's system. More evidence that Rain thinks it is above the law and the Court is either guilty of an honest mistake, has been hacked, or is conspiring with Rain to violate Mr. Drockton's Civil Rights.

   (Above Violated 42 USC: 1981 Equal Rights Under the Law, 1982 Property Rights of Citizens, 1985 Conspiracy to Interfere with Civil Rights, 1986 Action for Neglect to Prevent and 2000h–2 Denial of Equal Protection on Account of Religion)

11. Mr. Drockton also filed a Motion to dismiss for Rain's Failure to join Summit Labs LLC (The Producer of the Rain Soul Assay) and Arego Life LLC (The Owner and Purchaser of the Rain Soul Assay as displayed on the document). Again, no action by the Court.

   (Above Violated 42 USC: 1981 Equal Rights Under the Law, 1982 Property Rights of Citizens, 1985 Conspiracy to Interfere with Civil Rights, 1986 Action for Neglect to Prevent and 2000h–2 Denial of Equal Protection on Account of Religion)

**RELIEF REQUESTED FROM THIS COURT by Mr. Drockton:**

1. **Immediate Dismissal of Case #220400349 along with its Restraining Order on Mr. Drocktons 1st Amendment Rights.**

2. **An Order from the Court labelling Rain International, Byron Belka and Travis Parry as vexatious litigants with an injunction holding them in contempt for any false claims, false litigation or false statements made to any Court in the Future.**

3. **An Order forbidding the Utah 4th District from hearing any future complaints involving Mr. Drockton and mandating a different venue (Utah 3rd District).**

4. **Damages to be determined by Jury Trial as requested in 2:22−cv−00287**

**I swear that the above is true to the Best of My Knowledge.**

4-30-22     Signature ▶ *Paul A DRockton*
Date:

Printed Name   Paul A Drockton

| | | | |
|---|---|---|---|
| **Certificate of Service** | | | |
| I certify that I filed with the court and am serving a copy of this Notice of Appeal on the following people. | | | |
| Person's Name | Service Method | Service Address | Service Date |
| Jeremy Stewart representing Byron Belka, Travis Parry, and Rain International LLC | [ ] Mail<br>[ ] Hand Delivery<br>[ ] E-filed<br>[x] Email<br>[ ] Left at business (With person in charge or in receptacle for deliveries.)<br>[ ] Left at home (With person of suitable age and discretion residing there.) | jjstewart@swlaw.com | 4-30-22 |
| Utah Attorney General Representing the Utah Court of Appeals, Utah 4th District Court and the State of Utah | [ ] Mail<br>[ ] Hand Delivery<br>[ ] E-filed<br>[x] Email<br>[ ] Left at business (With person in charge or in receptacle for deliveries.)<br>[ ] Left at home (With person of suitable age and discretion residing there.) | uag@agutah.gov | 4-30-22 |
| | [ ] Mail<br>[ ] Hand Delivery<br>[ ] E-filed<br>[ ] Email<br>[ ] Left at business (With person in charge or in receptacle for deliveries.)<br>[ ] Left at home (With person of suitable age and discretion residing there.) | | |

4-30-22
Date

Signature ▶ *Paul Drockton*

Printed Name   Paul Drockton